*eral Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Hilbert P. Zarky* for the Commissioner of Internal Revenue. Reported below: 148 F. 2d 671.

No. 1296. WAREHIME, DOING BUSINESS AS NEZEN MILK FOOD CO., ET AL. *v.* VARNEY, MILK MARKET AGENT, WAR FOOD ADMINISTRATION, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Paul W. Walter* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondents.

No. 1298. ESTATE OF CHEW *v.* COMMISSIONER OF INTERNAL REVENUE. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert A. Littleton* and *Clare C. Clark* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, F. E. Youngman* and *Walter J. Cummings, Jr.* for respondent.

No. 1299. THE JULIUS H. BARNES ETC. *v.* THE CALATCO NO. 2 ET AL.; and

No. 1300. ERIE & ST. LAWRENCE CORP. ETC. *v.* THE CALATCO NO. 2 ET AL. June 18, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wilbur E. Dow, Jr.* and *William G. Symmers* for petitioner. *Messrs. Christopher E. Heckman* and *James A. Martin* for respondents. Reported below: 147 F. 2d 545.

No. 1302. ELINE'S, INC. *v.* GAYLORD CONTAINER CORP. June 18, 1945. Petition for writ of certiorari to